UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, individually and on behalf of all others similarly and all aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS, INC., and Does 1 through 25,<br><br>Defendants. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS, DISMISS THE PUTATIVE CLASS CLAIMS, AND STAY THE PAGA CLAIMS**<br><br>Date:  July 29, 2019<br>Time:  1:30 p.m.<br>Dept:  Courtroom 5<br>Hon. William B. Shubb |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION
TO COMPEL ARBITRATION
CASE NO.  2:19-CV-00902-WBS-DMC

# [PROPOSED] ORDER

Defendants Charter Communications, LLC and Charter Communications, Inc.'s (together, "Charter") Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Putative Class Claims, and Stay the PAGA Claims came on regularly for hearing on July 29, 2019 at 1:30 p.m. before the Honorable William B. Shubb in Courtroom 5, 14th Floor of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814.

The Court, having considered all papers filed in support of and in opposition to the Motion, and arguments of counsel, and with good cause appearing therefore, hereby **GRANTS IN ITS ENTIRETY** Charter's Motion to Compel Arbitration of Plaintiff's Individual Claims, Dismiss the Putative Class Claims, and Stay the PAGA Claims.

Plaintiff Lionel Harper ("Plaintiff") agreed to arbitrate any employment-related disputes with Charter on an individual basis through their alternative dispute resolution program, Solution Channel. In participating in Solution Channel, Plaintiff entered into a valid, binding, and enforceable agreement to arbitrate.

In addition, Plaintiff's putative class action claims are hereby dismissed because Plaintiff waived his right to bring claims on a class action basis through his participation in the Solution Channel program. Such waivers are valid and enforceable under the U.S. Supreme Court's decision in *Epic Systems Corp. v. Lewis*, 138 S. Ct. 1612 (2018).

Lastly, Plaintiff's alleged representative claims asserted under the Private Attorney General Act ("PAGA") are stayed pending the resolution of arbitration of Plaintiff's individual claims.

**IT IS SO ORDERED.**

Dated: _____, 2019      _____
HONORABLE WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION
TO COMPEL ARBITRATION
CASE NO. 2:19-CV-00902-WBS-DMC

1 | Presented by:

2 | Dated: June 14, 2019            MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Kathryn T. McGuigan
      Kathryn T. McGuigan
      Zachary Shine
      Nicole L. Antonopoulos

Attorneys for Defendants CHARTER COMMUNICATIONS, LLC and CHARTER COMMUNICATIONS INC.