UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LIONEL HARPER, individually and on behalf of all others similarly situated and all aggrieved employers,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, LLC; CHARTER COMMUNICATIONS, INC.; and Does 1 through 25,<br><br>　　　　Defendants. | No. 2:19-cv-902 WBS DMC<br><br><br>ORDER RELATING CASES |
| LIONEL HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, LLC; CHARTER COMMUNICATIONS, INC.; and Does 1 through 25,<br><br>　　　　Defendants. | No. 2:19-cv-1749 TLN DMC |

1

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties and counsel and both involve plaintiff Harper's employment with defendants. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Harper v. Charter Communications, LLC</u>, 2:19-cv-902 WBS DMC, and <u>Harper v. Charter Communications, LLC</u>, 2:19-cv-1749 TLN DMC, be, and the same hereby are, deemed related. The case denominated <u>Harper v. Charter Communications, LLC</u>, 2:19-cv-1749 TLN DMC shall be reassigned to the Honorable William B. Shubb. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as <u>Harper v. Charter Communications, LLC</u>, 2:19-cv-1749 WBS DMC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: September 11, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE