Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, individually and on behalf of all others similarly and all aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS, INC., and Does 1 through 25,<br><br>Defendants. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR FILING THE PARTIES' JOINT STATUS REPORT** |

Having read and considered the Stipulation to Continue Deadline for Filing Parties' Joint Status Report, and good cause appearing therefore,

The Court GRANTS the Stipulation and hereby continues the Parties' deadline to file a Joint Status Report to September 20, 2019.

**IT IS SO ORDERED.**

Dated: September 17, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Case No. 2:19-cv-00902-WBS-DMC
[PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT