UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS, INC., and DOES 1 through 25,<br><br>    Defendants. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**ORDER APPROVING STIPULATION TO LET PLAINTIFF FILE FIRST AMENDED CLASS AND PAGA ACTION COMPLAINT** |

    This Court, having considered Plaintiff Lionel Harper's Motion for Leave to File the First Amended Complaint [Dkt. 36], Defendants Charter Communications, LLC and Charter Communications, Inc.'s Statement of Non-Opposition [Dkt. 40], and the related Stipulation to Let Plaintiff File First Amended Class and PAGA Action Complaint [Dkt. 42], the Court, hereby rules as follows:

    Good cause having been shown, the Court approves the parties' Stipulation. Plaintiff is hereby ordered to file the First Amended Class and PAGA Action Complaint that was submitted with his motion three court days after the date of this Order. The Court's Status (Pretrial Scheduling) Order [Dkt. 34] is hereby modified accordingly. The December 16, 2019 hearing date is vacated.

    **IT IS SO ORDERED.**

Dated: December 11, 2019

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE