# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all other similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order dated January 22, 2020 ("Stipulation"), and good cause appearing, the Court hereby GRANTS the Parties' joint request and ORDERS that the Status (Pretrial Scheduling) Order, Dkt. 34, be modified as follows:

| Scheduled Item | Current date/deadline | Modified date/deadline |
|---|---|---|
| Plaintiffs' filing of a motion for class certification | May 8, 2020 | June 8, 2020 |
| Defendant's filing of an opposition to Plaintiffs' motion for class certification | May 29, 2020 | June 29, 2020 |
| Plaintiffs' filing of a reply in support of their motion for class certification | June 12, 2020 | July 13, 2020 |
| Hearing on Plaintiffs' motion for class certification | June 29, 2020 | July 27, 2020 at 1:30 p.m. |

All other dates, deadlines, and orders set forth in the Status (Pretrial Scheduling) Order remain unchanged.

**IT IS SO ORDERED.**

Dated: January 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE