IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, LLC, et al.,<br><br>  Defendants. | No. 2:19-CV-0902-WBS-DMC<br><br><br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is plaintiffs' motion to compel, noticed for hearing before the undersigned in Redding, California, on May 13, 2020, at 10:00 a.m.  <u>See</u> ECF No. 57.  Good cause appearing therefor, the parties are authorized to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated:  April 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1