UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all other similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER |

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order dated May 1, 2020 ("Stipulation"), and good cause appearing, the Court hereby GRANTS the Parties' joint request and ORDERS that the Status (Pretrial Scheduling) Order, Dkt. 34, be modified as follows:

| Scheduled Item | Current date/deadline | Modified date/deadline |
|---|---|---|
| Plaintiffs' filing of a motion for class certification | June 8, 2020 | July 6, 2020 |
| Defendant's filing of an opposition to Plaintiffs' motion for class certification | June 29, 2020 | July 20, 2020 |
| Plaintiffs' filing of a reply in support of their motion for class certification | July 13, 2020 | August 10, 2020 |
| Hearing on Plaintiffs' motion for class certification | July 27, 2020 | August 24, 2020 at 1:30 p.m. |
| Expert Report Disclosure Deadline | July 17, 2020 | July 31, 2020 |
| Rebuttal Expert Report Disclosure Deadline | July 31, 2020 | August 14, 2020 |

All other dates, deadlines, and orders set forth in the Status (Pretrial Scheduling) Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  May 4, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE