**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, LLC, et al.,<br><br>        Defendants. | No. 2:19-CV-0902-WBS-DMC<br><br><br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, brings this civil action. On May 13, 2020, the Chief District Judge issued General Order 618 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will continue to be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to General Order 618, the hearing on plaintiffs' motion to compel, ECF No. 62, set for June 3, 2020, before the undersigned in Redding, California, is hereby vacated and the matter will be decided on the papers without oral argument.

IT IS SO ORDERED.

Dated: May 28, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE