UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC;<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**ORDER ON DEFENDANT CHARTER COMMUNICATIONS, LLC'S *EX PARTE* APPLICATION FOR DENIAL OR CONTINUANCE OF PLAINTIFF LIONEL HARPER'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ADJUDICATION**<br><br>Date:     TBD<br>Time:    TBD<br>Dept:    Courtroom 5<br>Judge:  Hon. William B. Shubb |

The Court, having considered Defendant Charter Communications, LLC's ("Charter") *Ex Parte* Application for Denial or Continuance of Plaintiff Lionel Harper's ("Harper") Motion for Partial Summary Judgment and Adjudication, and good cause appearing, hereby GRANTS Charter's Application.

IT IS ORDERED that Charter's deadline to file its opposition to Harper's Motion for Partial Summary Judgment and Adjudication (Docket No. 64) is continued ninety (90) days from June 15, 2020 to September 14, 2020.   A reply, if any, shall be filed no later than September 28, 2020.  The motion  (Docket No. 64) is continued from June 29, 2020 to **October 5, 2020 at 1:30 p.m.**  in Courtroom 5 (WBS).

**IT IS SO ORDERED**.

Dated:  June 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE