UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all other similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER |

Having read and considered the Stipulation and Joint Motion to Modify Scheduling Order dated June 25, 2020 ("Stipulation"), and good cause appearing, the Court hereby GRANTS the Parties' joint motion and ORDERS that the Status (Pretrial Scheduling) Order, Dkt. 34, be modified as follows:

| Scheduled Item | Current date/deadline | Modified date/deadline |
| --- | --- | --- |
| Deadline to file motion for class certification | July 6, 2020 | October 9, 2020 |
| Deadline to file opposition to motion for class certification | July 20, 2020 | November 6, 2020 |
| Deadline to file reply in support of motion for class certification | August 10, 2020 | November 20, 2020 |
| Hearing on motion for class certification | August 24, 2020 | November 30, 2020 at 1:30 p.m. |
| Deadline to disclose expert witnesses | July 31, 2020 | December 18, 2020 |
| Deadline to disclose rebuttal expert witnesses | August 14, 2020 | January 8, 2021 |
| Discovery cut-off | August 28, 2020 | February 1, 2021 |
| Motions cut-off | September 18, 2020 | February 22, 2021 |
| Deadline to file opposition briefs | October 9, 2020 | March 22, 2021 |
| Deadline to file reply briefs | October 23, 2020 | April 19, 2021 |
| Hearing on all motions | November 9, 2020 | May 3, 2021 at 1:30 p.m. |
| Final Pretrial Conference | January 4, 2021 at 1:30 p.m. | June 21, 2021 at 1:30 p.m. |
| Trial Setting | February 9, 2021 at 9:00 a.m. | July 27, 2021 at 9:00 a.m. |

All other orders set forth in the Status (Pretrial Scheduling) Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  June 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE