MORGAN, LEWIS & BOCKIUS LLP
Kathryn T. McGuigan, Bar No. 232112
kathryn.mcguigan@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Zachary W. Shine, Bar No. 271522
zachary.shine@morganlewis.com
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:    +1.415.442.1000
Fax:    +1.213.612.2501

Attorneys for Defendant
Charter Communications, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all others similarly and all aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**DECLARATION OF ZACHARY W. SHINE IN RESPONSE TO SECOND IMPROPER SUPPLEMENTAL DECLARATION OF JAMIN S. SODERSTROM REGARDING PLAINTIFF LIONEL HARPER'S MOTION TO COMPEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 39196899.1

1

DECLARATION OF ZACHARY W. SHINE

Case No. 2:19-cv-00902-WBS-DMC

**DECLARATION OF ZACHARY W. SHINE**

I, Zachary W. Shine, hereby declare and state as follows:

1.  I am an attorney at law, duly licensed to practice in the state of California and admitted to practice before all courts in the State of California including this Court. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Charter Communications, LLC ("Charter") in this action. I make this Declaration in response to the improperly filed, and procedurally inappropriate, "Second Supplemental Declaration of Jamin S. Soderstrom" [Dkt. 74] related to Plaintiff Lionel Harper's ("Harper" or "Plaintiff") motion to compel discovery [Dkt. 62], filed July 22, 2020. I have personal knowledge of the facts set forth in this declaration. If I was called as a witness, I could and would testify competently to the facts set forth herein.

2.  The is the second time Plaintiff's counsel, Mr. Soderstrom, has filed an improper and wholly unsupported "supplemental declaration" in support of his client's pending motion to compel. Local Rule 251 details the specific process parties are required to follow for discovery motions in the Eastern District of California. Local Rule 251(c) outlines all briefing allowed related to a motion to compel. The Local Rules expressly state, "[a]ll arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, ***and no separate briefing shall be filed.***" (emphasis added). However, on June 30, 2020, without any authority and without meeting and conferring with counsel for Charter, and well after the Court had already taken Plaintiff's motion to compel under submission, Mr. Soderstrom filed a separate briefing in the form of a "Supplemental Declaration." Dkt. 72. Now, for the *second time*, without any authority, and without meeting and conferring with counsel for Charter, Mr. Soderstrom has filed *another* separate briefing in support of Plaintiff's motion to compel in the form of this entirely improper "Second Supplemental Declaration."

3.  This "Second Supplemental Declaration," like the first "Supplemental Declaration," is nothing more than an impermissible sur-reply (or, more accurately, a "sur-sur-reply"). Plaintiff's multiple additional separate briefings, filed well after the Court has taken his

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 39196899.1

2

Case No. 2:19-cv-00902-WBS-DMC

DECLARATION OF ZACHARY W. SHINE

motion to compel under submission, are in direct violation of the Eastern District Local Rules.

4. Just like his first "Supplemental Declaration," Plaintiff's "Second Supplemental Declaration" also grossly misstates Charter's meet and confer communications and the substance of the Joint Statement. However, the Second Supplemental Declaration goes a step further and expressly misrepresents the substance of Charter's supplemental discovery responses. In the Second Supplemental Declaration, Mr. Soderstrom falsely asserts Charter did not provide supplemental discovery responses but instead "simply reiterated its previous objections." Dkt. 74, ¶ 2. As this Court can plainly see from the supplemental responses attached as Exhibit 1 [Dkt. 74-1], Charter provided fulsome and substantive supplemental responses to every single request.

5. If for some reason Plaintiff is not happy with the substance of Charter's supplemental responses, and believes he has grounds for a motion to compel, which Charter strongly disputes, Plaintiff may pursue a motion to compel further responses. However, he must file a separate motion to compel, and go through the proper channels. He cannot use this wholly improper "Second Supplemental Declaration" to "tag on" additional issues that are not properly before the Court.

6. Because Mr. Soderstrom's "Second Supplemental Declaration" is in direct violation of the Eastern District Local Rules and concerns matters that are not before the Court, Charter respectfully requests that the Court strike, and not consider, Plaintiff's improper "Second Supplemental Declaration."

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July, 2020, at San Francisco, California.

/s/ *Zachary W. Shine*
Zachary W. Shine

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 39196899.1

3

Case No. 2:19-cv-00902-WBS-DMC

DECLARATION OF ZACHARY W. SHINE