UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all other similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER |

1

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order dated September 17, 2020 ("Stipulation"), and good cause appearing, the Court hereby GRANTS the Parties' joint request and ORDERS that the Status (Pretrial Scheduling) Order, Dkt. 34, be modified as follows:

| Scheduled Item | Current date/deadline | Modified date/deadline |
| --- | --- | --- |
| Deadline to file motion for class certification | October 9, 2020 | January 11, 2021 |
| Deadline to file opposition to motion for class certification | November 6, 2020 | February 8, 2021 |
| Deadline to file reply in support of motion for class certification | November 20, 2020 | February 22, 2021 |
| Hearing on motion for class certification | November 30, 2020 at 1:30 p.m. | March 8, 2021 at 1:30 p.m. |
| Deadline to disclose expert witnesses | December 18, 2020 | March 29, 2021 |
| Deadline to disclose rebuttal expert witnesses | January 8, 2021 | April 19, 2021 |
| Discovery cut-off | February 1, 2021 | May 10, 2021 |
| Motions cut-off | February 22, 2021 | June 1, 2021 |
| Deadline to file opposition briefs | March 22, 2021 | June 28, 2021 |
| Deadline to file reply briefs | April 19, 2021 | July 26, 2021 |
| Hearing on all motions | May 3, 2021 at 1:30 p.m. | August 9, 2021 at 1:30 p.m. |
| Final Pretrial Conference | June 21, 2021 at 1:30 p.m. | October 12, 2021 at 1:30 p.m. |
| Trial Setting | July 27, 2021 at 9:00 a.m. | December 7, 2021 at 9:00 a.m. |

All other orders set forth in the Status (Pretrial Scheduling) Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  September 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE