# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, et al., | No. 2:19-CV-0902-WBS-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CHARTER COMMUNICATIONS, LLC, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. In light of the continued closure of the District Courthouses to the public, the parties shall be required to appear telephonically at the hearing on plaintiff's motion to compel, ECF No. 78, set for October 7, 2020, at 10:00 a.m., before the undersigned in Redding, California. The parties should arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated: October 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE