UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all other similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER |

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order dated December 11, 2020 ("Stipulation"), and good cause appearing, the Court hereby GRANTS the Parties' joint request and ORDERS that the Status (Pretrial Scheduling) Order, Dkt. 34, be modified as follows:

| Scheduled Item | Current date/deadline | Modified date/deadline |
|---|---|---|
| Deadline to file motion for class certification | January 11, 2021 | February 8, 2021 |
| Deadline to file opposition to motion for class certification | February 8, 2021 | March 8, 2021 |
| Deadline to file reply in support of motion for class certification | February 22, 2020 | March 22, 2021 |
| Hearing on motion for class certification | March 8, 2021 at 1:30 p.m. | April 5, 2021 at 1:30 p.m. |
| Deadline to disclose expert witnesses | March 29, 2021 | April 16, 2021 |
| Deadline to disclose rebuttal expert witnesses | April 19, 2021 | May 3, 2021 |
| Discovery cut-off | May 10, 2021 | May 21, 2021 |
| Motions cut-off | May 31, 2021 | Unchanged |
| Deadline to file opposition briefs | June 28, 2021 | Unchanged |
| Deadline to file reply briefs | July 26, 2021 | Unchanged |
| Hearing on all motions | August 9, 2021 at 1:30 p.m. | Unchanged |
| Final Pretrial Conference | October 12, 2021 at 1:30 p.m. | Unchanged |
| Trial Setting | December 7, 2021 at 9:00 a.m. | Unchanged |

All other orders set forth in the Status (Pretrial Scheduling) Order remain unchanged.

**IT IS SO ORDERED.**

**Dated:  December 14, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
Order Granting Joint Request to Modify Scheduling Order