**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER and DANIEL SINCLAIR, individually and on behalf of all other similarly situated and all aggrieved employees, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, LLC, <br><br> Defendant. | Case No. 2:19-cv-00902-WBS-DMC <br><br> **ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

1

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order dated January 29, 2021 ("Stipulation"), and good cause appearing, the Court hereby GRANTS the Parties' joint request and ORDERS that the Status (Pretrial Scheduling) Order, Dkt. 34, be modified as follows:

| Scheduled Item | Current date/deadline | Modified date/deadline |
|---|---|---|
| Deadline to file motion for class certification | February 8, 2021 | April 5, 2021 |
| Deadline to file opposition to motion for class certification | March 8, 2021 | May 3, 2021 |
| Deadline to file reply in support of motion for class certification | March 22, 2021 | May 24, 2021 |
| Hearing on motion for class certification | April 5, 2021 at 1:30 p.m. | June 1, 2021 at 1:30 p.m. |
| Deadline to disclose expert witnesses | April 16, 2021 | July 19, 2021 |
| Deadline to disclose rebuttal expert witnesses | May 3, 2021 | August 9, 2021 |
| Discovery cut-off | May 21, 2021 | August 30, 2021 |
| Motions cut-off (for filing) | May 31, 2021 | September 20, 2021 |
| Deadline to file opposition briefs | June 28, 2021 | October 18, 2021 |
| Deadline to file reply briefs | July 26, 2021 | November 15, 2021 |
| Hearing on all motions | August 9, 2021 at 1:30 p.m. | November 29, 2021 at 1:30pm |
| Final Pretrial Conference | October 12, 2021 at 1:30 p.m. | January 31, 2022 at 1:30pm |
| Trial Setting | December 7, 2021 at 9:00 a.m. | March 15, 2022 at 9:00am |

All other orders set forth in the Status (Pretrial Scheduling) Order remain unchanged.

///

**IT IS SO ORDERED.**

Dated:  February 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Granting Joint Request to Modify Scheduling Order