# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, et al., | No. 2:19-CV-0902-WBS-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CHARTER COMMUNICATIONS, LLC, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pursuant to the parties' stipulation, see ECF No. 101, the hearing on Plaintiffs' motion for sanctions and further discovery orders, originally set for hearing on February 10, 2021, is continued to February 24, 2021, at 10:00 a.m., before the undersigned in Redding, California. The parties shall appear telephonically through CourtCall. Briefing on Plaintiffs' motion and any additional related motions shall be governed by Eastern District of California Local Rule 251.

IT IS SO ORDERED.

Dated: February 4, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1