# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, et al., | No. 2:19-CV-0902-WBS-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CHARTER COMMUNICATIONS, LLC, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. In light of the continued closure of the courthouses in this district to the public, the parties shall be required to appear telephonically at the hearing on Plaintiffs' motion to compel, ECF No. 117, and motion for sanctions, ECF No. 118, set for April 28, 2021, at 10:00 a.m., before the undersigned in Redding, California. The parties should arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated: April 26, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1