**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order ("Stipulation") submitted by Plaintiffs Lionel Harper, Daniel Sinclair, Hassan Turner, Luis Vazquez, and Pedro Abascal ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the Parties), the Court finds **GOOD CAUSE** to modify the Status (Pretrial Scheduling) Order, Dkts. 34, 104, and 159, and hereby **GRANTS** the Stipulation as follows:

WHEREAS, on October 9, 2019, the Court issued an initial scheduling order (Dkt. 34 ("Scheduling Order")).

WHEREAS, subsequently, the Court approved several stipulations and joint requests and modified the dates and deadlines in the Scheduling Order (Dkts. 52, 60, 70, 83, 92, 104, and 159).

WHEREAS, on October 13, 2021, the Court entered the orders: (1) granting Charter's Motions to Compel Arbitration of the individual claims of Plaintiffs Harper, Turner, Vazquez, and Abascal (Dkt. 202); (2) staying Counts One through Nine of the Second Amended Complaint pending the arbitration of the individual claims of Plaintiffs Harper, Turner, Vazquez, and Abascal (Dkt. 202); (3) denying Plaintiffs' Motion for Leave to file a Third Amended Complaint (Dkt. 201); (4) denying Charter's Motion to Dismiss Count Five of the Second Amended Complaint in part and Count Nine of Plaintiff's Second Amended Complaint in its entirety without prejudice to the motion being renewed in the event the stay ordered in Dkt. 202 is lifted (Dkt. 203); (5) granting Charter's Motion to Dismiss Count Ten of Plaintiffs' Second Amended Complaint, insofar as it is based on alleged violations of Labor Code Sections 226 and 1174(d) that occurred prior to July 11, 2017 (Dkt. 203); and (6) denying Charter's Motion to Dismiss Count Ten of Plaintiffs' Second Amended Complaint in all other respects (Dkt. 203).

WHEREAS, Charter's Motion for Reconsideration or, in the Alternative, Motion to Certify for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Plaintiff Sinclair's Motion to Lift Stay of his Claims are both pending and scheduled to heard on November 29, 2021;

WHEREAS, the Parties have met and conferred and agree that the forgoing Orders have significantly changed the current scope of this case such that the current schedule should be modified;

WHEREAS, based on the rulings above, the PAGA claim in this matter will proceed, which triggers Charter's obligation to provide significant amounts of data, documents, and ESI for a 10% sample of the PAGA aggrieved employees, which Charter represents is a major undertaking that will put a tremendous strain on its internal resources such that it will not be able to complete this production by the current November 19, 2021 deadline;

WHEREAS, given the burden of production required under the current Scheduling Order, the Parties request an additional 60 days, through and until January 18, 2021, to complete the production, with Charter to provide the data for the 10% sample on a rolling basis as soon as it becomes available;

WHEREAS, the Parties have met and conferred and agree that, for judicial economy, and good cause showing, the Court should approve this Stipulation in its entirety and modify the Scheduling Order in this action as shown in the table below.

Based on the foregoing, the Court **ORDERS** as follows:

1. The current Scheduling Order (Dkt. 159) is hereby modified as follows:

| Event | Current date/deadline | Modified date/deadline |
| --- | --- | --- |
| Deadline for Charter to complete its production of additional sampling documents/ESI pursuant to Dkts. 112 and 133 for purposes of Plaintiff Harper's PAGA claim | Earlier of November 19, 2021 or 30 days from Court's order on Plaintiffs' Renewed Motion for Class Certification | January 14, 2022 |
| Deadline to disclose expert witnesses | December 20, 2021 | February 25, 2022 |
| Deadline to disclose rebuttal expert witnesses | January 17, 2022 | March 18, 2022 |
| Discovery cut-off | January 31, 2022 | April 1, 2022 |
| Motions cut-off (for filing) | February 28, 2022 | April 25, 2022 |
| Deadline to file opposition briefs | March 28, 2022 | May 23, 2022 |
| Deadline to file reply briefs | April 11, 2022 | June 3, 2022 |
| Hearing on all motions | April 18, 2022 at | June 13, 2022 at 1:30pm |

| | | 1:30pm | |
| --- | --- | --- | --- |
| | Final Pretrial Conference | June 20, 2022 at 1:30pm | August 15, 2022 at 1:30pm |
| | Jury Trial | August 9, 2022 at 9:00am | October 4, 2022 at 9:00am |

All other orders set forth in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: November 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE