# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>    Defendant. | Case No.   2:19-cv-00902-WBS-DMC<br><br>**ORDER GRANTING REQUEST BY PLAINTIFFS' COUNSEL TO APPEAR TELEPHONICALLY VIA COURTCALL AT THE DECEMBER 8, 2021 DISCOVERY MOTION HEARING [DKT. 207]**<br><br>Judge:            Magistrate Judge Cota<br>Hearing Date:   December 8, 2021<br>Hearing Time:   10:00 a.m.<br>Location:         Courtroom 304, 3rd Floor<br>Trial Date:       October 4, 2022 |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Defendant's motion to compel, noticed for hearing before the undersigned in Redding, California, on December 8, 2021, at 10:00 a.m. See ECF No. 207. Good cause appearing therefor, Plaintiffs' counsel is authorized to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated:  December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE