**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>**ORDER GRANTING REQUEST BY DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY VIA COURTCALL AT THE DECEMBER 8, 2021 DISCOVERY MOTION HEARING [DKT. 207]**<br><br>Judge: Magistrate Judge Cota<br>Hearing Date: December 8, 2021<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 304, 3rd Floor<br>Trial Date: October 4, 2022 |

Pending before the Court is Defendant's motion to compel, noticed for hearing before the undersigned in Redding, California, on December 8, 2021, at 10:00 a.m. *See* ECF No. 207. Good cause appearing therefor, Charter's counsel is authorized to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE