# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING JOINT STIPULATION AND SETTING RENEWED CLASS CERTIFICATION MOTION BRIEFING AND HEARING SCHEDULE** |

1    On November 30, 2021, the Court lifted the stay of Plaintiff Daniel Sinclair's claims and
2 instructed the parties to stipulate to a briefing schedule and hearing date for a renewed motion for
3 class certification. Dkt. 223. The parties, by and through their respective undersigned counsel,
4 stipulated to the following dates and deadlines:

5    January 10, 2022          Deadline to File Renewed Class Certification Motion
6    February 9, 2022           Deadline to File Response
7    February 25, 2022          Deadline to File Reply
8    March 7, 2022 at 1:30pm    Hearing on Motion

9    Finding good cause, the parties' stipulation is GRANTED, the above briefing schedule is
10 approved, and the hearing on the renewed motion for class certification is set for March 7, 2022 at
11 1:30pm.

12   **IT IS SO ORDERED.**

13 Dated:  December 13, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE