UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING JOINT STIPULATION TO (1) CONTINUE HEARINGS FOR (a) PLAINTIFF HARPER'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR ADJUDICATION ON THE PAGA CLAIM; (b) CHARTER'S RENEWED MOTION TO DISMISS COUNT NINE OF PLAINTIFFS' SECOND AMENDED COMPLAINT IN ITS ENTIRETY AND COUNT FIVE IN PART; AND (c) PLAINTIFFS' RENEWED CLASS CERTIFICATION MOTION; AND (2) STAY DISCOVERY ORDER** |

    Having read and considered the Joint Stipulation to (1) Continue Hearings For (a) Plaintiff Harper's Motion for Partial Summary Judgment or Adjudication of the PAGA claim; (b) Charter's Renewed Motion to Dismiss Count Nine of Plaintiffs' Second Amended Complaint in

its Entirety and Count Five in Part; and (c) Plaintiffs' Renewed Class Certification Motion; and (2) Stay Discovery Order ("Stipulation") submitted by Plaintiffs Lionel Harper, Daniel Sinclair, Hassan Turner, Luis Vazquez, and Pedro Abascal ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to continue the hearings and stay the discovery order, and hereby **GRANTS** the Stipulation as follows:

WHEREAS, on December 13, 2021, Magistrate Judge Cota issued an order granting in part and denying in part Charter's motion to compel further responses to various discovery requests, ordered Harper to provide further responses and produce documents within 30 days (by 1/12/2022), and ordered Charter's counsel to file a declaration in support of reasonable expenses associated with the motion within 30 days (by 1/12/2022). (Dkt. 234.);

WHEREAS, on the same day, the Court issued an order approving the following briefing schedule for Plaintiffs' Renewed Class Certification Motion: Motion due by 1/10/2022; Response due by 2/9/2022; Reply due by 2/25/2022; Hearing on 3/7/2022 at 1:30 p.m. (Dkt. 235.);

WHEREAS, on the same day, Plaintiff Harper filed his motion for Partial Summary Judgment on his PAGA claim, with a hearing date of 1/24/2022 at 1:30 p.m. (Dkt. 236.);

WHEREAS, on the same day, Charter filed its Renewed Motion to Dismiss, with a hearing date of 1/10/2022 at 1:30 p.m. (Dkt. 237.)  The Court *sua sponte* continued that hearing date to 1/24/2022 at 1:30 p.m. to be argued on the same day as Harper's Partial Summary Judgment motion.  (Dkt. 239.);

WHEREAS, on December 16, 2021, Plaintiffs' counsel informed Charter that he had to go to Alaska to attend to a serious family medical issue that would impede his ability to prepare, among other things, Plaintiffs' Renewed Class Certification Motion and response to Charter's Renewed Motion to Dismiss;

WHEREAS, on December 19, 2021, one of Charter's lead attorneys was diagnosed with a serious medical condition, which, although treatable, will impede Charter's ability to prepare its response to Plaintiff Harper's motion for Partial Summary Judgment;

WHEREAS, on December 20, 2021, Plaintiffs' counsel informed Charter's counsel that Plaintiffs would be filing objections to the discovery order pursuant to Federal Rule of Civil Procedure 72(a), and would be seeking a stay of the discovery order ex parte, if necessary; and

WHEREAS, the Parties met and conferred and agree to continue the following hearing dates as described below, and to stay the effect of the discovery order until Plaintiffs' objections have been ruled on by the Court, for the good cause of allowing Plaintiffs' counsel and Charter's counsel to address the above-described family and personal medical issues.

Based on the foregoing, the Court **ORDERS** as follows:

1. The hearings on Harper's Partial Summary Judgment Motion (Dkt. 236) and Charter's Motion to Dismiss (Dkt. 237) are hereby continued until February 7, 2022 at 1:30 p.m.

2. The briefing and hearing schedule for Plaintiffs' Class Certification Motion is hereby modified as follows:

    a. January 24, 2022: Deadline to File Renewed Class Certification Motion

    b. February 23, 2022: Deadline to File Response

    c. March 11, 2022: Deadline to File Reply

    d. March 21, 2022 at 1:30 p.m.: Hearing on Motion

3. Magistrate Judge Cota's discovery order (Dkt. 234) is hereby stayed, along with the Parties' respective obligations and deadlines, until 14 days after the Court rules on Plaintiffs' objections to such order.

**IT IS SO ORDERED.**

Dated: December 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE