**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING FOR HARPER'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS AND ESI CONCERNING HIS REQUESTS FOR PRODUCTION 78 AND 80** |

    Having read and considered the Joint Stipulation to Continue Hearing for Harper's Motion to Compel Further Discovery Responses and Production of Documents and ESI Concerning His Requests for Production 78 and 80 ("Stipulation") submitted by Plaintiff Lionel Harper ("Plaintiff") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court

finds **GOOD CAUSE** to continue the Motion to Compel hearing, and hereby **GRANTS** the Stipulation as follows:

WHEREAS, on December 10, 2021, Plaintiff filed his Motion to Compel, which set a hearing date of January 5, 2022 at 10:00 a.m.;

WHEREAS, on December 16, 2021, Plaintiff's counsel informed Charter that he had to go to Alaska to attend to a serious family medical issue that would impede his ability to prepare, among other things, Plaintiff's portion of the Joint Statement of Discovery Disagreement;

WHEREAS, on December 19, 2021, one of Charter's lead attorneys was diagnosed with a serious medical condition, which, although treatable, will impede Charter's ability to prepare its portion of the Joint Statement of Discovery Disagreement; and

WHEREAS, the Parties met and conferred and agree to continue the Motion to Compel hearing date as described below for the good cause of allowing Plaintiff's counsel and Charter's counsel to address the above-described family and personal medical issues.

Based on the foregoing, the Court **ORDERS** that the hearing on Harper's Motion to Compel (Dkt. 233) is hereby continued until February 23, 2022 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE