UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | No. 2:19-cv-00902 WBS DMC<br><br>ORDER |

----oo0oo----

Before the court are multiple procedural motions in this case: (1) a motion by defendant Charter Communications to stay plaintiff Lionel Harper's PAGA claim pending the U.S. Supreme Court's decision in Viking River Cruises, Inc. v. Moriana, No. 20-1573 (Docket No. 246); (2) a motion by Harper requesting that the court sustain his objections to a discovery order by the Magistrate Judge relating to his PAGA claim or, in the alternative, that the court certify the discovery order for interlocutory appeal (Docket No. 243); and (3) an ex parte

1

1  application by Charter to extend its deadline to produce data
2  pursuant to a discovery order by the Magistrate Judge (Docket No.
3  248).
4           Plaintiffs have filed a statement of non-opposition in
5  response to Charter's motion to stay the PAGA claim.  (Docket No.
6  260.)  In light of plaintiffs' non-opposition, Charter's motion
7  is GRANTED, and all proceedings on plaintiff Harper's PAGA claim
8  are STAYED pending the outcome in Viking River Cruises.  Once
9  Viking River Cruises has been decided by the Supreme Court,
10 counsel shall promptly file a joint status report and shall take
11 the necessary steps to have this matter set for a status
12 conference.
13          Both Harper's request to sustain objections and the
14 request for certification for interlocutory appeal are DENIED AS
15 MOOT in light of the court's stay of the PAGA claim.  This denial
16 is without prejudice to the parties submitting any requests to
17 the Magistrate Judge in light of the changed circumstances.
18          Finally, Charter's ex parte application to extend the
19 production deadline is hereby REFERRED to the assigned Magistrate
20 Judge pursuant to 28 U.S.C. § 636(b)(1)(A).
21          The hearings on these motions and on Harper's motion
22 for partial summary judgment (Docket No. 236), currently
23 scheduled on February 7, and March 7, 2022, before the
24 undersigned are hereby VACATED, subject to being renoticed for
25 hearing after the stay has been lifted.
26          IT IS SO ORDERED.
27 Dated:  January 26, 2022

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE