# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order ("Stipulation") submitted by Plaintiffs Lionel Harper, Daniel Sinclair, Hassan Turner, Luis Vazquez, and Pedro Abascal ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the Parties), the Court finds **GOOD CAUSE** to modify the Status (Pretrial Scheduling) Order, Dkts. 34, 104, 159, and 213, and hereby **GRANTS** the Stipulation as follows:

WHEREAS, on October 9, 2019, the Court issued an initial scheduling order (Dkt. 34 ("Scheduling Order")).

1    WHEREAS, subsequently, the Court approved several stipulations and joint requests and modified the dates and deadlines in the Scheduling Order (Dkts. 52, 60, 70, 83, 92, 104, 159, and 213).

4    WHEREAS, on November 30, 2021, the Court lifted the stay of Sinclair's claims (Dkt. 223), and subsequently approved a proposed briefing and hearing schedule for Sinclair's renewed motion for class certification. Dkt. 242.

7    WHEREAS, on January 10, 2022, Charter filed a Motion to Stay Proceedings related to Harper's PAGA claim (Dkt. 246), and a related *ex parte* application to extend the deadline to produce sampling data and to continue a hearing on Harper's motion for partial summary judgment. Dkt. 248.

11   WHEREAS, Sinclair filed his renewed motion for class certification on January 24, 2022. Dkt. 257. Charter's response is due February 23, 2022 and Sinclair's reply is due March 11, 2022. Dkt. 242. The hearing is scheduled for March 21, 2022. Dkt. 242.

14   WHEREAS, on January 26, 2022, the Court stayed all proceedings on plaintiff Harper's PAGA claim pending the outcome in *Viking River Cruises* and referred Charter's *ex parte* application to extend the sampling production deadline to Magistrate Judge Cota. Dkt. 261.

17   WHEREAS, the parties agree that Charter's deadline to complete its production of additional sampling documents/ESI pursuant to Dkts. 112 and 133 shall now be set at the earlier of (i) 14 days after the Court grants Plaintiff Sinclair's Renewed Motion for Class Certification, if at all, or (ii) 14 days after the stay of Plaintiff Harper's PAGA claim is lifted, if at all;

21   WHEREAS, Charter and Plaintiffs stipulate to the withdrawal of Charter's *ex parte* application, Dkt. 248, without prejudice based on the Court's stay of Harper's PAGA claim;

23   WHEREAS, the Parties have met and conferred and agree that lifting the stay of Sinclair's claims, the continuance of Charter's sampling production deadline, the granting of a stay of Harper's PAGA proceedings, the referral of Charter's *ex parte* application with respect to the sampling production deadline to Magistrate Judge Cota, and the pendency of *Viking River*

*Cruises* before the Supreme Court have significantly changed the current scope and timing of this case such that the current schedule should be modified;

WHEREAS, based on the rulings above, the continuance of Charter's sampling production deadline, and the timing of the class certification briefing and hearing, the Parties have met and conferred and agree that, for judicial economy, and good cause showing, the Court should approve this Stipulation in its entirety and modify the Scheduling Order in this action as shown in the table below in order to provide adequate time for the Court to issue a decision on class certification; for the Parties to complete fact discovery; for the Parties to prepare expert reports and engage in expert discovery (the scope of which will depend on the class certification decision and the result in *Viking River Cruises*); and the Parties to prepare and file additional motions following the close of discovery and thereafter prepare for trial.

Based on the foregoing, the Court **ORDERS** as follows:

1. The current Scheduling Order (Dkt. 213) is hereby modified as follows:

| **Event** | **Current date/deadline** | **Modified date/deadline** |
|---|---|---|
| Deadline for Charter to complete its production of additional sampling documents/ESI pursuant to Dkts. 112 and 133 | January 14, 2022 (continued pending ruling on Plaintiff Sinclair's Motion for Class Certification) | The earlier of (i) 14 days after the Court grants Plaintiff Sinclair's Renewed Motion for Class Certification, if at all, or (ii) 14 days after the stay of Plaintiff Harper's PAGA claim is lifted, if at all. |
| Deadline to disclose expert witnesses | February 25, 2022 | May 27, 2022 |
| Deadline to disclose rebuttal expert witnesses | March 18, 2022 | June 17, 2022 |
| Discovery cut-off | April 1, 2022 | July 15, 2022 |

3

| | | |
|---|---|---|
| Motions cut-off (for filing) | April 25, 2022 | August 12, 2022 |
| Deadline to file opposition briefs | May 23, 2022 | September 9, 2022 |
| Deadline to file reply briefs | June 3, 2022 | September 30, 2022 |
| Hearing on all motions | June 13, 2022 at 1:30pm | October 17, 2022 at 1:30pm |
| Final Pretrial Conference | August 15, 2022 at 1:30pm | **December 5, 2022 at 1:30pm** |
| Jury Trial | October 4, 2022 at 9:00am | **February 7, 2023 at 9:00am** |

2. The briefing and hearing dates for Sinclair's Renewed Motion for Class Certification remain unchanged.

3. When *Viking River Cruises* has been decided by the Supreme Court, the Parties shall promptly file a joint status report and shall take the necessary steps to have this matter set for a status conference to determine whether any additional modifications may be necessary or appropriate. Dkt. 261.

**IT IS SO ORDERED.**

Dated: February 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE