UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | No. 2:19-cv-00902 WBS DMC<br><br>ORDER |

----oo0oo----

Plaintiffs' Ex Parte Application [Docket No. 278] is GRANTED IN PART and DENIED IN PART. The hearing on plaintiff Sinclair's Renewed Motion for Class Certification [Docket No. 257], currently set for March 21, 2022, is hereby CONTINUED to May 31, 2022 at 1:30 p.m. Sinclair's March 11, 2022 deadline to file a reply brief in support of that motion will remain in place.

IT IS SO ORDERED.

Dated: March 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE