UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>            Defendant. | No. 2:19-cv-00902 WBS DMC<br><br>ORDER |

----oo0oo----

Defendant's Ex Parte Application [Docket No. 307] is GRANTED.  Defendant's deadline to comply with the court's order requiring Charter to complete its production of additional sampling documents and ESI, [Docket Nos. 112, 133, 292], is CONTINUED until the earlier of: (1) 14 days after the Court grants plaintiff Sinclair's Renewed Motion for Class Certification, if at all; (2) 14 days after the court denies

1

Charter's forthcoming motion to stay the PAGA claim pending appeal, if at all; or (3) 14 days after the Ninth Circuit issues its mandate affirming this court's order denying Charter's Motion to Compel Arbitration of Harper's PAGA claim and dismiss count ten, if at all.

IT IS SO ORDERED.

Dated:  September 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE