UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>           Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>           Defendant. | No. 2:19-cv-00902 WBS DMC<br><br><u>ORDER STAYING CASE</u> |

----oo0oo----

Defendant Charter has appealed this court's denial of its motion to compel arbitration of plaintiff Harper's PAGA claim and dismiss remaining count ten claims. (Docket Nos. 300, 306.) A federal court can stay a proceeding pending the outcome of an appeal. See <u>Nken v. Holder</u>, 556 U.S. 418, 421 (2009). The power to stay proceedings "is incidental to the power inherent in every court to control the disposition of the cases on its docket with

1

economy of time and effort for itself, for counsel, and for litigants."  Landis v. N. Am. Co., 299 U.S. 248, 254 (1936).

Notwithstanding any other recent orders, the court in its discretion determines that a stay is appropriate at this time.  Accordingly, all proceedings in this case are hereby STAYED pending final adjudication of defendant's appeal, and all hearing dates are hereby VACATED.

IT IS SO ORDERED.

Dated:  September 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE