**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br>vs.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-CV-00902-WBS-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO RESET STATUS CONFERENCE AND MODIFY BRIEFING SCHEDULE** |

Having read and considered the Parties' Joint Stipulation to Reset the December 19, 2022 status conference and modify the briefing schedule for Plaintiff Harper's pending Motion to Vacate the Court's October 13, 2021 Order Compelling Arbitration (D.E. 316), the Court finds **GOOD CAUSE** and **GRANTS** the Stipulation as follows:

WHEREAS, on November 1, 2022 the Court set a status conference in this action for December 19, 2022, at 1:30 pm to be held via Zoom (D.E. 311);

WHEREAS, several months before the Court's order setting the status conference, Charter's lead counsel in this matter, Nathan D. Chapman, booked pre-paid, non-refundable travel via plane and rail from Atlanta, Georgia to Marseilles, France for him, his wife, and their three children to visit his sister, niece, and nephew for the Christmas holiday;

WHEREAS, Mr. Chapman and his family are scheduled to depart on a flight leaving at 3:50 pm EST on Monday December 19, 2022 and return on December 30, 2022;

WHEREAS, Paul G. Sherman, Mr. Chapman's co-counsel who recently entered an appearance in this case was planning to attend the status conference in Mr. Chapman's absence, but, when the Court entered its order on December 14, 2022 (requiring counsel to appear in person), Mr. Chapman determined that, as lead counsel for Charter in this action, he should attend the status conference himself;

WHEREAS, approximately one hour after the Court's minute order requiring counsel to appear in person for the December 19, 2022 status conference, Charter's counsel contacted Plaintiffs' counsel to request that he agree to Charter's request to reset the December 19, 2022 status conference so that Mr. Chapman did not have to cancel his international travel;

WHEREAS, Plaintiffs' counsel agreed to reset the December 19, 2022 status conference for January 9, 2023 or such other date after January 2, 2023 as the Court deems appropriate;

WHEREAS, the Parties also agreed to modify the briefing schedule for Plaintiff Harper's pending Motion to Vacate the Court's October 13, 2021 Order Compelling Arbitration ("Motion to Vacate"), given that Charter's response to falls on December 16, 2022, and Plaintiff Harper's reply brief is due December 27, 2022, the day after the federal Christmas holiday.

Based on the foregoing, the Court **ORDERS** as follows: (1) the December 19, 2022 in-person status conference is hereby reset for **January 23, 2023 at 1:30 p.m.;** and (2) the briefing schedule on Plaintiff Harper's Motion to Vacate is hereby modified such that Charter's deadline to respond is moved to December 23, 2022 and Plaintiff Harper's reply deadline is moved to January 6, 2023.

**IT IS SO ORDERED.**

Dated: December 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE