# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATEMENT OF DISCOVERY DISAGREEMENT CONCERNING PLAINTIFFS LIONEL HARPER AND DANIEL SINCLAIR'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS AND ESI [DKT. 354]** |

Having read and considered the Joint Stipulation to Extend Deadline to File Joint Statement of Discovery Disagreement Concerning Plaintiffs Lionel Harper and Daniel Sinclair's Motion to Compel Further Discovery Responses and Production of Documents and ESI [Dkt. 354] ("Stipulation") submitted by Plaintiffs Lionel Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend said deadline, and hereby **GRANTS** the Stipulation as follows:

WHEREAS, on January 24, 2024, Plaintiffs filed their Notice of Motion and Motion to Compel Further Discovery Responses and Production of Documents and ESI [Dkt. 354] (the "Motion to Compel") with a hearing date of February 14, 2024;

WHEREAS, pursuant to Local Rule 251, the Joint Statement is due on January 31, 2024;

WHEREAS, on January 29, 2024, Plaintiffs provided the Joint Statement to Charter;

WHEREAS, the Joint Statement is 82 pages long and addresses 44 separate discovery requests;

WHEREAS, the Parties will be meeting and conferring further about the issues raised in the Motion to Compel on January 30, 2024; and

WHEREAS, the Parties believe they will be able to reach a stipulation on some of the items in the Motion to Compel, which will streamline same.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the Court **ORDERS** that the deadline for the Parties to file the Joint Statement is hereby extended from January 31, 2024 until February 7, 2024. Upon completion of the meet and confer process, any remaining disputes are to addressed in a joint written report filed with the Court, which joint report shall BRIEFLY summarize any remaining issues. Upon receipt of such report, the Court will set an informal conference with the Court and counsel to address potential resolution of the summarized issues. No Motion briefing shall be filed with the Court, and no hearing date will be set, in advance of the required informal conference.

**IT IS SO ORDERED.**

**Dated:  January 31, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE