# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 360)** |

1  Having read and considered the Stipulation to Extend Time for Defendant to Respond to
2  Motion for Partial Summary Judgment [Dkt. 360] ("Stipulation") submitted by Plaintiffs Lionel
3  Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC
4  ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and
5  hereby **GRANTS** the Stipulation as follows:

   The Court **ORDERS** that the deadline for Charter to respond to the Motion for Partial Summary Judgment (Dkt. 360) is hereby extended from February 21, 2024 up to and including March 1, 2024.

   **IT IS SO ORDERED.**

   Dated: February 12, 2024

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL