Jamin S. Soderstrom, Bar No. 261054
jamin@soderstromlawfirm.com
SODERSTROM LAW PC
1 Park Plaza, Suite 600
Irvine, California 92614
Tel: (949) 667-4700
Fax: (949) 424-8091

*Counsel for Plaintiffs, Putative Class Members,
and Aggrieved Employees*

Joseph W. Ozmer II (SBN 316203)
jozmer@kcozlaw.com
Nathan D. Chapman (SBN 338735)
nchapman@kcozlaw.com
J. Scott Carr (SBN 136706)
scarr@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
Tel: (213) 493-3980
Fax: (404) 400-7333

*Counsel for Defendant Charter Communications, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>    Defendant. | Case No.   2:19-cv-00902-WBS-DMC<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

Having read and considered the Stipulation and Joint Request to Modify Scheduling Order (Stipulation) submitted by Plaintiffs Lionel Harper and Daniel Sinclair (Plaintiffs) and Defendant Charter Communications, LLC (Charter) (collectively, the Parties), the Court finds **GOOD CAUSE** to modify the Status Pretrial Scheduling) Order, Dkts. 34, 52, 60, 70, 83, 92, 104, 159, 213, 268, 292, and 352, and hereby **GRANTS** the Stipulation and Joint Request as follows:

WHEREAS, since the Court issued the most recent modified Scheduling Order on January 4, 2024, Dkt. 352, the Parties have met and conferred telephonically and in writing numerous times regarding various discovery and other matters, briefed Plaintiffs' Motion to Compel (Dkt. 354) and Plaintiffs' Motion for Discovery Sanctions (Dkt. 355), and participated in a lengthy motions hearing before Magistrate Judge Cota on February 14, 2024.

WHEREAS, Magistrate Judge Cota has ordered (written order to follow) Charter to serve supplemental discovery responses by March 20, 2024, and to collect and produce all documents and electronically stored information responsive to certain discovery requests on a rolling basis to be completed by March 20, 2024.

WHEREAS, the Parties expect to reach another stipulation with respect to other discovery matters in the near future, and expect to set an agreed production deadline for other responsive documents and electronically stored information for March 20, 2024.

WHEREAS, the Parties are continuing to meet and confer in good faith regarding discovery and other matters and regarding an appropriate case schedule going forward, taking into account Magistrate Judge Cota's order, the Parties' other anticipated stipulation, the time and resources required for Charter to complete its collection and production of responsive documents and electronically stored information, the time needed to prepare and complete class certification briefing and other briefing in this Court and before the Ninth Circuit, and the time needed to complete fact and expert discovery.

WHEREAS, the Parties agree on the modified case schedule set forth below, and believe good cause exists for the Court to issue a modified Scheduling Order adopting this proposed case schedule.

NOW, THEREFORE, based on the foregoing, the Court hereby **GRANTS** the Stipulation and Joint Request and **ORDERS** that the existing dates and deadlines in the Scheduling Order be modified as follows:

| Event | Proposed Deadline | New Deadline |
|---|---|---|
| Hearing on Class Certification Motion | April 29, 2024 at 1:30pm<br>- Motion due March 1, 2024<br>- Response due April 1, 2024<br>- Reply due April 19, 2024 | June 24, 2024 at 1:30pm<br>- Motion due April 26, 2024<br>- Response due May 28, 2024<br>- Reply due June 14, 2024 |
| Disclose Expert Witnesses | May 17, 2024 | July 19, 2024 |
| Disclose Rebuttal Expert Witnesses | June 7, 2024 | August 9, 2024 |
| Discovery Cut-Off | July 12, 2024 | September 13, 2024 |
| Motions Cut-Off For Filing | July 19, 2024 | September 30, 2024 |
| Final Pretrial Conference | November 25, 2024 at 1:30pm | January 13, 2025 at 1:30pm |
| Jury Trial | January 28, 2025 at 9:00am | March 11, 2025 at 9:00am |

All other requirements and orders stated in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:  February 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER