# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLY WITH ORDER COMPELLING DISCOVERY** |

Having read and considered the Stipulation to Extend Deadline to Comply with Order Compelling Discovery submitted by Plaintiffs Lionel Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS** the Stipulation as follows:

The Court **ORDERS** that Charter shall have up to and including April 22, 2024 to serve supplemental responses to Harper RFP Nos. 10-13, 17, 30, 81, 82, 84, 86, and 102, and produce documents responsive thereto.

**IT IS SO ORDERED.**

Dated:  March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE