1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, LLC,

Defendant.

Case No. 2:19-cv-00902-WBS-DMC

Magistrate Judge Dennis M. Cota

**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE AND EXTEND DEADLINE TO COMPLY WITH ORDER COMPELLING DISCOVERY**

1    Having read and considered the Joint Stipulation to Continue Status Conference and Extend

2    Deadline to Comply with Order Compelling Discovery submitted by Plaintiffs Lionel Harper and

3    Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter")

4    (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS**

5    the Stipulation as follows:

6    The Court **ORDERS** that Charter shall have up to and including May 24, 2024, to serve

7    supplemental responses to Harper RFP Nos. 10-13, 17, 30, 81, 82, 84, 86, and 102, and produce

8    documents responsive thereto.

9    The Court hereby **CONTINUES** the April 11, 2024, status conference to **June 3, 2024, at**

10   **2:00 p.m.** via Zoom.

11   **IT IS SO ORDERED.**

12

13   **Dated:  April 11, 2024**

14   _____
     DENNIS M. COTA

15   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28