| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION TO CONTINUE VARIOUS DEADLINES AND HEARING DATES** |

Having read and considered the Joint Stipulation to Continue Various Deadlines and Hearing Dates submitted by Plaintiffs Lionel Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS** the Stipulation.

The Court **MODIFIES** the case schedule as follows:

| Event | New Deadline/Date |
|---|---|
| Plaintiffs' Reply In Support of Reconsideration (Dkt. 386) | May 17, 2024 |
| Hearing on Plaintiffs' Motion for Reconsideration (Dkt. 386) | May 28, 2024 at 1:30pm |
| Motion for Class Certification | June 28, 2024 |
| Opposition to Class Certification | August 9, 2024 |
| Reply In Support of Class Certification | September 6, 2024 |
| Hearing on Class Certification Motion | September 16, 2024 at 1:30pm |

The Court further **ORDERS** that the Parties submit a revised proposed case schedule within seven days of the Court's order on class certification.

**IT IS SO ORDERED.**

Dated: April 11, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE