# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING STIPULATION TO CONTINUE AND EXTEND THE DEADLINE TO COMPLY WITH ORDER COMPELLING DISCOVERY** |

Having read and considered the Joint Stipulation to Extend the Deadline to Comply with Order Compelling Discovery submitted by Plaintiffs Lionel Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS** the Stipulation as follows:

The Court **ORDERS** that Charter shall have up to and including July 26, 2024, to serve supplemental responses to Harper RFP Nos. 10-13, 17, 30, 81, 82, 84, 86, and 102, and produce documents responsive thereto on a rolling basis.

The Court **DECLINES** to approve the parties' stipulation that the status conference set in this matter remains scheduled for June 3, 2024, at 2:00 p.m., via Zoom. The purpose of the status conference is to discuss whether, in light of the <u>completion</u> of production of the discovery previously ordered and now due by July 26, 2024, there remains a need for the Court to rule on Plaintiffs' pending motion for discovery sanctions based on non-production of discovery. Therefore, the Court will continue the status conference to a date following the July 26, 2024, due date for completion of production of discovery. Accordingly, the status conference is **CONTINUED** to <u>August 1, 2024, at 3:00 p.m.</u>, via Zoom.

**IT IS SO ORDERED.**

Dated: May 22, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE