UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>             Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>             Defendant. | Case No.   2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING AND HEARING DATES** |

Having read and considered the Joint Stipulation to Continue Class Certification Briefing and Hearing Dates (Stipulation) submitted by Plaintiffs Lionel Harper and Daniel Sinclair and Defendant Charter Communications, LLC, the Court finds **GOOD CAUSE** to extend the deadlines and hereby **GRANTS** the Stipulation.

The Court **MODIFIES** the case schedule as follows:

| Event | Deadline/Date |
|---|---|
| Motion for Class Certification | September 13, 2024 |
| Opposition Brief | October 11, 2024 |
| Reply Brief | November 1, 2024 |
| Hearing on Class Certification Motion | **November 12, 2024 at 1:30pm** |

The COURT further **ORDERS** the Parties to submit a revised proposed case schedule within seven days of the Court's order on class certification.

**IT IS SO ORDERED.**

Dated:  June 17, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE