**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS** |

1  Having read and considered the Joint Stipulation to Modify Briefing Schedule on Plaintiffs'
2  Supplemental Brief in Support of Motion for Discovery Sanctions submitted by Plaintiffs Lionel
3  Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter")
4  (collectively, the "Parties"), the Court finds **GOOD CAUSE** to modify the briefing schedule, and
5  hereby **GRANTS** the Stipulation as follows:
6  The Court **ORDERS** that Charter's opposition to Plaintiffs' supplemental brief in support
7  of their motion for sanctions will be due on or before September 6, 2024, and Plaintiffs' reply will
8  be due on September 16, 2024.
9  **IT IS SO ORDERED.**

**Dated: August 6, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE