UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, LUIS VAZQUEZ, and PEDRO ABASCAL, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00902-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION TO CONTINUE VARIOUS DEADLINES AND HEARING DATES** |

Having read and considered the Joint Stipulation to Continued Class Certification Briefing Deadlines and Hearing Date submitted by Plaintiffs Lionel Harper and Daniel Sinclair ("Plaintiffs") and Defendant Charter Communications, LLC ("Charter") (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS** the Stipulation.

/////

/////

/////

/////

The Court **MODIFIES** the case schedule as follows:

| Event | New Deadline/Date |
|---|---|
| Motion for Class Certification | October 4, 2024 |
| Opposition to Class Certification | November 1, 2024 |
| Reply In Support of Class Certification | November 22, 2024 |
| Hearing on Class Certification Motion | December 9, 2024 at 1:30pm |

**IT IS SO ORDERED.**

DATED: August 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE