UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, and LUIS VAZQUEZ, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>　　　　Defendant. | Case No.　2:19-cv-00902-WBS-DMC<br><br>Magistrate Judge Dennis M. Cota<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO APPROVE DISCOVERY AGREEMENT REGARDING ADDITIONAL DISCOVERY ISSUES** |

Having read and considered the Joint Stipulation and Motion to Approve Discovery Agreement Regarding Additional Discovery Issues (this "Stipulation"), which is signed by all counsel, ECF No. 414, the Court hereby **APPROVES** the Stipulation and the parties' discovery agreement described below and **ADOPTS** it as a court order:

**Vazquez Work Emails**

Charter shall perform a diligent search of all custodians who did or may have sent emails to, or may have received emails from, Luis Vazquez during his training weeks (November 1–19, 2019) for the purpose of identifying, collecting, and producing each email in its possession, custody, or control that is addressed to or from Vazquez's Charter-assigned work email address. Charter shall produce each responsive email that it is able to retrieve by no later than September 13, 2024.

**New Hire Kits**

Charter shall perform a reasonable, diligent search of all custodians it is able to identify who may be in possession of documents contained in New Hire Kits (aka Welcome Kits) for Direct Sales

Employee positions for the purpose of identifying, collecting, and producing an exemplar of each version of a New Hire Kit (physical equipment excluded) that is in its possession, custody, or control. Charter shall use reasonable, diligent efforts to produce an exemplar of each version of a New Hire Kit utilized between November 19, 2014, and the present that it is able to locate by no later than September 27, 2024, with an initial production by no later than September 13, 2024. Charter's counsel shall promptly confer with Plaintiffs' counsel to the extent it is unable, after reasonable, diligent efforts, to meet the foregoing deadlines, and shall state in writing by September 27, 2024, if it believes it will be able to locate any additional exemplars. Charter shall produce any new version of a New Hire Kit that may be used thereafter within 14 days of issuance.[1]

### Policies & Procedures

Charter shall perform a reasonable, diligent search of all custodians it is able to identify who may be in possession of any version of the "Spectrum Residential Direct Sales and Residential Multi-Tenant Sales Policies and Procedures," the "SMB Direct Sales Policies and Procedures," and any substantially similar policies and procedures that were contained in New Hire Kits or utilized for new-hire training of DSRs, RCSSs, MTSRs, and/or SMB AEs during the period of November 19, 2014 through the present, for the purpose of identifying, collecting, and producing each version of such policies and procedures in its possession, custody, or control. Charter shall produce each version that it is able to locate by no later than September 27, 2024, with an initial production by no later than September 13, 2024.[2] Charter's counsel shall promptly confer with Plaintiffs' counsel to the extent Charter is unable, after reasonable, diligent efforts, to meet the foregoing deadlines, and shall state in writing by September 27, 2024, if it believes it will be able to locate any additional policies and procedures. Charter shall produce any new version of such policies and procedures that may be issued thereafter within 14 days of issuance.

---

[1] Charter has informed Plaintiffs of its understanding that New-Hire Kits were not used during the entire class period.

[2] Charter has informed Plaintiffs that a significant merger and integration of systems, policies, procedures took place in 2017 following its merger with Time Warner Cable, and it may not be able to locate documents dating back to the beginning of the class period for this category of documents and the four categories appearing below.

**Rules of Engagement**

Charter shall perform a reasonable, diligent search of all custodians it is able to identify who may be in possession of any version of the "SMB Rules of Engagement Policy," and any substantially similar policies and procedures, for the purpose of identifying, collecting, and producing each version of such Rules in its possession, custody, or control that were in effect between November 19, 2014, and the present. Charter shall produce each version that it is able to locate by no later than September 27, 2024, with an initial production by no later than September 13, 2024. Charter's counsel shall promptly confer with Plaintiffs' counsel to the extent Charter is unable, after reasonable, diligent efforts, to meet the foregoing deadlines, and shall state in writing by September 27, 2024, if it believes it will be able to locate any additional Rules. Charter shall produce any new version of such Rules that may be issued thereafter within 14 days of issuance.

**New Hire Survey Results**

Charter shall perform a reasonable, diligent search of all custodians it is able to identify who may be in possession of any presentations or reports concerning the results of new hire surveys for Direct Sales Employee positions (e.g., preparedness surveys, recruiting surveys, 45-day surveys, and 75-day surveys) for the purpose of identifying, collecting, and producing each new hire survey presentation and report in its possession, custody, or control that were in existence between November 19, 2014 and the present. Charter shall produce each presentation and report that it is able to locate by no later than September 27, 2024, with an initial production by no later than September 13, 2024. Charter's counsel shall promptly confer with Plaintiffs' counsel to the extent Charter is unable, after reasonable, diligent efforts, to meet the foregoing deadlines, and shall state in writing by September 27, 2024, if it believes it will be able to locate any additional survey presentations and reports. Charter shall produce any new survey presentations or reports that may be created thereafter within 14 days of issuance.

**Commission Dispute and Trends Reports**

Charter shall perform a reasonable, diligent search of all custodians it is able to identify who may be in possession of any "Weekly Commissions Touch point" presentations and reports, or similar presentations or reports involving commission dispute activities and trends for Commissioned

Employees, for the purpose of identifying, collecting, and producing each presentation and report in its possession, custody, or control that were in existence between November 19, 2014 and the present. Charter shall produce each presentation and report that it is able to locate by no later than September 27, 2024, with an initial production by no later than September 13, 2024. Charter's counsel shall promptly confer with Plaintiffs' counsel to the extent Charter is unable, after reasonable, diligent efforts, to meet the foregoing deadlines, and shall state in writing by September 27, 2024, if it believes it will be able to locate any additional presentations or reports. Charter shall produce any new presentations or reports that may be created thereafter within 14 days of issuance.

**Commission Acknowledgment Reports**

Charter shall perform a reasonable, diligent search of all custodians it is able to identify who may possession of any Commission Plan Documents training or acceptance reports, or similar presentations, spreadsheets, or reports (E-Learn and Plan Acceptance Reports, Agent Commission Consolidated Report, etc.), for the purpose of identifying, collecting, and producing each presentation, spreadsheet, and report in its possession, custody, or control that were in existence between November 19, 2014 and the present. Charter shall produce each presentation, spreadsheet, and report that it is able to locate by no later than September 27, 2024, with an initial production by no later than September 13, 2024. Charter's counsel shall promptly confer with Plaintiffs' counsel to the extent Charter is unable, after reasonable, diligent efforts, to meet the foregoing deadlines, and shall state in writing by September 27, 2024, if it believes it will be able to locate any additional presentations, spreadsheets, or reports. Charter shall produce any new presentations, spreadsheets, or reports that may be created thereafter within 14 days of issuance.

This Stipulation is limited to records that relate to Direct Sales Employees and/or Commissioned Employees who worked for Charter in California between November 19, 2014, and the present. Charter's counsel will confirm in writing when Charter believes it has collected and produced all records that are responsive to this Stipulation, and will meet and confer promptly and in good faith to address any issues that may arise related to this Stipulation, including, but not limited to, any issues related to the volume of documents and information that may be collected and for which it believes an agreed sampling or other representative productions may be appropriate.

All other discovery orders and matters that the Court has previously ruled on or taken under submission shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE