UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, and LUIS VAZQUEZ, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | No. 2:19-cv-00902 WBS DMC<br><br>ORDER RE: CLASS CERTIFICATION |

----oo0oo----

Upon consideration of plaintiffs' motion for class certification and defendant's motion for denial of class certification, along with the papers submitted in support of and in opposition to both motions, the court finds that the proposed class action meets the requirements of numerosity, commonality, typicality and adequacy of representation; that common questions of law and fact predominate over any questions affecting only individual members; and that a class action is superior to any

1

1 | other available method for fairly and efficiently adjudicating
2 | this controversy.
3 |    However, the court does not find that certification is
4 | appropriate with regard to all the subclasses proposed by
5 | plaintiffs. Accordingly, pursuant to the provisions of Rule
6 | 23(a) and (b) of the Federal Rules of Civil Procedure, the court
7 | grants plaintiffs' motion (Docket No. 417) only as follows:[1]
8 |
9 | I.  The following classes and subclasses are hereby certified
10 | under Rule 23(b)(3):
11 |  A.  Commission Wage Statements Class. All California-based
12 |    commission-eligible employees who received at least one
13 |    wage statement with a monthly or quarterly commission
14 |    or commission allowance payment between September 14,
15 |    2017 and the date of this Order.
16 |  B.  Training Weeks Class. All California-based Direct
17 |    Sales Employees who had at least one week of new hire
18 |    training between November 19, 2014 and the date of this
19 |    Order, and who qualify for one or more of the following
20 |    subclasses:
21 |    1.  Overtime Subclass. All Training Weeks Class
22 |      members who worked over 8 hours in a day or 40
23 |      hours in a week during their training weeks.
24 |    2.  Meal Period Subclass. All Training Weeks Class
25 |      members who worked over 5 hours at least one day

---

[1] The motions are taken under submission without the need for oral argument, and the December 9, 2024 hearing is vacated. See L.R. 230(g).

2

                during their training weeks and were not provided a designated off-duty meal period of at least 30 minutes.

       3.  <u>Rest Break Subclass.</u>  All Training Weeks Class members who worked over 3.5 hours at least one day during their training weeks and were not provided a designated off-duty rest break of at least 10 minutes, or who worked over 6 hours at least one day during their training weeks and were not provided two designated off-duty rest breaks of at least 10 minutes each.

       4.  <u>Training Weeks Wage Statements Subclass.</u>  All Training Weeks Class members who received at least one wage statement on or after September 14, 2017 that covers a training week and which contained incorrect information on account of inaccurate dates; or inaccurate accounting of overtime, meal periods, or rest breaks.

II.  The court declines plaintiffs' request to certify any of the following subclasses of Direct Sales Employees in the following categories:

       1.  The court declines to create subclasses of class members who Charter contends are bound by a JAMS Arbitration Agreement and/or a Solution Channel Mutual Arbitration Agreement.  Any member found to be bound by an arbitration agreement which precludes participating in this action will be

1 excluded from recovering as a part of this action.
2     2. Because plaintiffs provide no reason why Training
3 Weeks Class members whose employment terminated on
4 or after November 19, 2015 should be treated
5 differently in this action, the request to certify
6 them as a separate subclass is denied.
7     3. Because plaintiffs provide no discussion of what
8 the UCL claims may encompass other than the other
9 alleged violations already covered, their request
10 to include a subclass for all Training Weeks Class
11 members whose training weeks occurred between
12 November 19, 2014 and November 18, 2015 under a
13 separate UCL subclass will also be denied.

III. Plaintiffs Lionel Harper, Daniel Sinclair, Hassan Turner, and Luis Vazquez are appointed as class representatives; and Soderstrom Law PC is appointed as class counsel.  Class counsel shall give written notice of this certification via United States mail and email sent to the last known addresses of all putative class members within 28 days of the date of this Order.

    IT IS SO ORDERED.

Dated: December 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4