UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, DANIEL SINCLAIR, HASSAN TURNER, and LUIS VAZQUEZ, individually and on behalf of all others similarly situated and all aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | No. 2:19-cv-00902 WBS DMC<br><br>ORDER STAYING CASE |

----oo0oo----

Defendant Charter Communications, LLC ("Charter" or "defendant") has petitioned to appeal the court's class certification order pursuant to Federal Rule of Civil Procedure 23(f). (Docket Nos. 432, 441.) It now moves to stay the instant action pending resolution of that appeal (Docket No. 437.)

The issues presented by defendant's motion and application do not require oral argument. See L.R. 230(g). Upon review of the papers, the court finds that this action satisfies

1

requirements for a stay, see Nken v. Holder, 556 U.S. 418, 421 (2009); see also Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936), and will therefore GRANT the motion. (Docket No. 437.)

Accordingly, the court stays the case pending resolution of defendant's appeal.[1]  All hearing dates in this matter are hereby VACATED.  The parties shall file a joint status report within 14 days after the Ninth Circuit issues a decision in the appeal.

IT IS SO ORDERED.

Dated:  December 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's ex parte application for an order shortening time to hear the motion to stay is denied as moot. (Docket No. 438.)